UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANANDA SARKER, | CASE NO. C26-1370JLR |
|           Petitioner, | ORDER |
|     v. | |
| TODD BLANCHE, et al., | |
|           Respondents. | |

Before the court is Petitioner Ananda Sarker's motion to appoint the Office of the Federal Public Defendant for the Western District of Washington to represent him with respect to his 28 U.S.C. § 2241 petition for writ of habeas corpus.  (Mot. (Dkt. # 2).)  Mr. Sarker seeks release from immigration detention because removal to his former country of residence is not reasonably foreseeable.  (*See* Petition (Dkt. # 1) at 3.)

//

//

ORDER - 1

Being fully advised, the court GRANTS Mr. Sarker's motion (Dkt. # 2) and appoints the Office of the Federal Public Defender for the Western District of Washington as his counsel in this matter.

Dated this 24th day of April, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2