THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANANDA SARKER,

      Petitioner,

    v.

TODD BLANCHE, et al.,

      Respondents.

)
)
)
)
)
)
)
)
)
)
)

No. CV26-01370-JLR

(PROPOSED) ORDER GRANTING
EXTENSION OF DEADLINE TO
FILE REPLY

THE COURT has considered Petitioner Ananda Sarker's unopposed motion to extend the deadline to submit a reply in support of his petition for writ of habeas corpus.

IT IS ORDERED that the deadline for Petitioner's reply is extended to June 11, 2026.

DATED this 12th day of May 2026.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Andrew D. Kennedy*
Assistant Federal Public Defender
Attorney for Ananda Sarker

ORDER GRANTING EXTENSION OF
DEADLINE TO FILE REPLY
(*Sarker v. Blanche, et al.*, CV26-01370-JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**