THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANANDA SARKER,                                  ) No. CV26-01370-JLR
                                                )
                   Petitioner,                  )
                                                )
         v.                                     ) (PROPOSED) ORDER TO
                                                ) WITHDRAW PETITION FOR A
TODD BLANCHE, et al.,                           ) WRIT OF HABEAS CORPUS
                                                )
                   Respondents.                 )
                                                )
_____)

THE COURT has considered Petitioner Ananda Sarker's motion to withdraw his petition for a writ of habeas corpus along with the records in this case. Counsel for the parties represent that Mr. Sarker has been deported to Bangladesh and is no longer in ICE custody.

IT IS ORDERED that Petitioner Sarker's habeas petition is dismissed.

DATED this 29th day of __May__ 2026.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Andrew D. Kennedy*
Assistant Federal Public Defender
Attorney for Ananda Sarker

ORDER TO WITHDRAW PETITION FOR A
WRIT OF HABEAS CORPUS
(*Sarker v. Blanche, et al.*, CV26-01370-JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**